# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| BRYAN PRICE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV618-128 |
| | ) | |
| CITY OF BROOKLET, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court

*By EKerr at 4:18 pm, Jan 29, 2019*

## **ORDER**

The parties have submitted their joint status report proposing that all deadlines be stayed pending potential consolidation of this case with four other Complaints — currently stayed due to bankruptcy proceedings — involving common counsel and defendants. Doc. 12 at 3. While the bankrupt defendant is not a party to this action, the parties believe parallel discovery and Rule 26 actions would eliminate unnecessarily duplicative discovery. *Id*. Thus, the Court **DEFERS** issuing a Scheduling Order until the bankruptcy stays are resolved in the other four cases. That stay should not in any way prevent the parties in this case from engaging in good faith settlement discussions in the meantime. Upon the lifting of the bankruptcy stays, the parties shall have 14 days to confer and submit a proposed Scheduling Order setting forth their

agreed-upon discovery and motion schedule. However, if the bankruptcy stays are not timely resolved, the parties are **ORDERED** to file a joint status report within 60 days of the date of this Order so apprising the Court.

**SO ORDERED,** this __29th__ day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA