# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| BRYAN PRICE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV618-128 |
| | ) | |
| CITY OF BROOKLET, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties have apprised the Court that the bankruptcy proceedings, involving common counsel and defendants, that warranted the initial stay (doc. 13) remain pending with the first 341 meeting continued until April 22, 2019.  Doc. 14.  As noted in the Court's prior order, "[w]hile the bankrupt defendant is not a party to this action, the parties believe parallel discovery and Rule 26 actions would eliminate unnecessarily duplicative discovery."  Doc. 13 at 1.  Thus, the Court finds the stay should remain in effect pending resolution of the bankruptcy stays.

Upon the lifting of the bankruptcy stays, the parties shall have 14 days to confer and submit a proposed Scheduling Order setting forth their agreed-upon discovery and motion schedule.  However, if the bankruptcy

stays are not timely resolved, the parties are **ORDERED** to file a joint status report within 180 days of the date of this Order so apprising the Court.

**SO ORDERED,** this  1st   day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA